# EXHIBIT 1



## The State of Texas
### Secretary of State

### CERTIFICATE OF TRADEMARK REGISTRATION

I, MYRA MCDANIEL, Secretary of State of the State of Texas hereby certify:

That the attached is the duplicate **APPLICATION FOR REGISTRATION**, filed in the Office of the Secretary of State on the date noted below under Registration Number 45055 in accordance with the provisions of **CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE.**

Dated   06-28-85



Secretary of State

STATE OF TEXAS
APPLICATION FOR REGISTRATION OF TRADEMARK OR SERVICE MARK

BE IT KNOWN that applicant has heretofore adopted and used and is now using a certain mark, **FILED in the Office of the** in TEXAS and hereby makes application for registration of such mark. **Secretary of State of Texas**

1. Applicant: Arch H. Aplin, III      JUN 28 1985

2. Address of applicant is Street 899 Oyster Creek Drive
   City Lake Jackson    Zip 77566   State Texas

3. If applicant is a corporation, show where incorporated: _____

4. Describe the mark (words and/or design). BUC-EE'S (word)

5. Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
   convenience store services

6. The mode or manner in which the mark is now being used and one (1) specimen as actually used is attached. (See instruction 2(a) on reverse side.) On exterior signs and otherwise.

7. Number and title of the class of goods or services. Only one class per application.
   Class 41 (Miscellaneous)

8. Date mark first used by applicant (put date in BOTH spaces):
   (a) Anywhere at least as early as July 28, 1982  (b) In Texas at least as early as July 28, 1982

9. Applicant does hereby appoint the Secretary of State of Texas as its agent for service of process in any action relating only to the registration which may be issued, if the applicant be, or shall become, a nonresident individual partnership or association, or foreign corporation not licensed to do business in this state, or cannot be found in this state.

10. Applicant believes himself to be the owner of the mark and no other person to the best of his knowledge and belief, has the right in this state to use such mark either in the identical form thereof, or in such near resemblance to cause confusion, or to cause mistake or to deceive.

Arch H. Aplin, III
(Name of Applicant)

State of TEXAS
County of BRAZORIA

*Arch H. Aplin, III*
(Signature of Applicant, and if applicable state title of office or partner.)

Arch H. Aplin, III, personally appeared before me, and being first duly sworn declared that, he signed this application in the capacity designated, if any and further states that, he has read the above application, and the statements therein contained are true.

Subscribed and sworn to before me this 12th day of April, 1985.

*Susan J. Standard*
Notary Public Signature

SUSAN J. STANDARD
Notary Public, State of Texas
My Commission Expires 1-27-89

Printed Name

TRADEMARK DRAWING SHEET

Applicant: Arch H. Aplin, III

Address: 899 Oyster Creek Drive,
Lake Jackson, Texas  77566

First Use: Anywhere 7/28/82  Texas 7/28/82

Goods/Services: Convenience Store Services

OFFICE USE ONLY

Registration No.

Registered:

Class No.:

Mark:

Disclaimer:

BUC-EE'S

SPECIMEN ATTACHMENT





# The State of Texas

## Secretary of State

| | | |
|---|---|---|
| MYRA MCDANIEL<br>SECRETARY OF STATE | TRADEMARK OBJECTION LETTER<br>MONEY NUMBER 513576 | CARMEN I. FLORES<br>EXAMINER |

Arnold White & Durkee
Paul C VanSlyke
P O Box 4433
Houston Texas 77210

MARK:   Buc-EE's                                                   DATE:  5-10-85

THE FOLLOWING OBJECTIONS ARE MADE WITH REGARD TO THE SUBMITTED
APPLICATION FOR REGISTRATION OF THE ABOVE MARK. IN REPLY, REFER TO THE
ABOVE MARK FOR PROPER IDENTIFICATION. A COMPLETE REPLY MUST BE RECEIVED
WITHIN 60 DAYS FROM THE MAILING DATE OF THIS NOTICE IN ORDER TO AVOID
ABANDONMENT. TRADEMARK PHONE 512-475-1362. ADDRESS SECRETARY OF STATE,
TRADEMARK SECTION, P.O. BOX 13697, AUSTIN, TEXAS 78711.

* *   Applicant failed to specify the mode or manner in which the mark
      is being used. By what media is mark communicated? (Labels,
      tags, ads etc.)

* *   For a mark associated with services, please submit actual
      advertising that contains some understandable reference to those
      specific services.

      Specimens should make an understandable reference to the
      services provided. A photo of an exterior sign which shows only
      word is not sufficient.

## ARNOLD, WHITE & DURKEE

A PROFESSIONAL CORPORATION

*Attorneys at Law*

POST OFFICE BOX 4433

HOUSTON, TEXAS 77210

---

STREET ADDRESS
750 BERING DRIVE
HOUSTON TEXAS 77057

---

TELEPHONE (713) 789 7600
TELECOPY (713) 789 2679
CABLE ARNWHITE HOU   TELEX 79 0924

TOM ARNOLD
ROBERT A. WHITE (1925-1977)
BILL DURKEE
LOUIS T. PIRKEY
JOHN F. LYNCH
PAUL C. VAN SLYKE
JACK C. GOLDSTEIN
RODNEY K. CALDWELL
PAUL M. JANICKE
KENNETH E. KUFFNER
EDWARD A. GOLDSTEIN
ALAN M. GORDON
FLOYD R. NATION
WAYNE M. HARDING
CLARENCE E. ERIKSEN
MICHAEL O. SUTTON
CHARLES H. DE LA GARZA
MICHAEL T. McLEMORE
J. PAUL WILLIAMSON
WILLEM G. SCHUURMAN
TRAVIS GORDON WHITE

JAMES J. ELACQUA
JOHN G. NORRIS
WILLIAM D. RAMAN
SYDNEY M. LEACH
PATRICIA K. BRELAND
DONALD J. ASPELUND
MICHAEL E. MACKLIN
PETER J. SHURN III
PATRICIA U. BRANTLEY
STEPHEN M. CAGLE
THOMAS A. MILLER
KENNETH D. GOODMAN
D. C. TOEDT III
MICHAEL L. LYNCH
J. DAVID CABELLO
TIMOTHY N. TROP
CRAIG M. LUNDELL
CARL H. DAVIS II
RICHARD J. GROOS
PAULA D. MORRIS

AUSTIN OFFICE
1440 TEXAS COMMERCE BANK BUILDING
700 LAVACA STREET
AUSTIN, TEXAS 78701
TELEPHONE (512) 474 2863

WASHINGTON OFFICE
200 JEFFERSON DAVIS HIGHWAY
SUITE 808
ARLINGTON, VIRGINIA 22202
TELEPHONE (703) 920 8720

JAMES A. REILLY
OF COUNSEL

June 26, 1985

FILE   WOMA:007

Secretary of State
Trademark Section
P. O. Box 13697
Austin, Texas  78711

Attention:  Carmen I. Flores, Examiner

Re:  Application to Register Service Mark BUC-EE'S
     (Money Number 513576) - Our File WOMA:007

Dear Madam:

In reply to your objection letter of May 10, 1985, applicant submitts new specimens of use.  Enclosed is a specimen of the letterhead and envelope bearing the mark BUC-EE'S and referring to "Food Stores".

Also enclosed is a tear sheet from newspaper advertising bearing the mark BUC-EE'S.

It is believed that the enclosed specimens are sufficient. In addition, these specimens were discussed with trademark examiner Bryan Smith in a telephone conversation on June 26, 1985.  He believed that these specimens would likely be sufficient.

The objection letter also requested a specification of the mode or manner in which the mark is used.  The mark is used on exterior signs, newspaper advertising, in-store displays, drink cups, and otherwise.

JUN 28 1985

NO MONEY ENCLOSED

ARNOLD, WHITE & DURKEE

Secretary of State
June 26, 1985
Page 2

This application is now believed to be in condition for issuance as a registration.

Yours truly,

Paul C. VanSlyke

PCV:bks
Encls. (3)

cc: Mr. Arch H. Aplin, III
 Buc-ee's, Inc.

and it placed four of its Thursday night comedies among the first five.

It was no surprise that Bill Cos-

the strength shown by NBC's regular serie. during the past season bodes well for the network's future



**OPEN 24 HOURS   EVERY DAY**

# BUC-EE'S
## & DON'S QUIK STOP

**Buc-ee's Cooler Cups**
Buy 1 for 29¢
Get 1 FREE

**Lays Potato Chips**
3/$1.00
All Flavors
or 49¢ each.

**Fresh Deli Sandwich Chips - Large Drink**
Only $2.99
Store #2 & 3 Only

Our new stores have a super deli & bakery. Check them out.

**TEXACO** VISA

**Blue Bell Fudgesickles and Popsickles**
19¢ Each

Specials good thru 6-13-85 at all 4 locations

6 Pk 12 Oz Cans
**Dr. Pepper or Pepsi Products**
$1.99
EVERY DAY LOW PRICE

½ Gallon
**Milk**
$1.99
EVERY DAY LOW PRICE

Dozen
**Large Eggs**
79¢
EVERY DAY LOW PRICE



Its free...but for Dad's o day to make a hole-in-qualify Dad for the fin 11:00 a.m. The winning

First place...$75 Brazos
Second place...$50 Bra
Third place...$25 Brazo

Bring your Dad to Br. Hours fo

## June

Wednesday throu
Saturday,
Finals-Sat,
Putting green loca

**brazos m**